No. 516. FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF NEW HAVEN *v.* CONNELLY, TAX COMMISSIONER OF CONNECTICUT. Appeal from the Supreme Court of

Errors of Connecticut. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Edward F. Becker, Charles M. Lyman* and *James Wm. Moore* for appellant. *John J. Bracken,* Attorney General of Connecticut, and *Louis Weinstein,* Assistant Attorney General, for appellee.